

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00047-CR

**RODERICK CARVON BLEDSOE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-392-C1

## O R D E R

Appellant's first motion for extension of time to file his brief was filed on April 19, 2016. In that motion, appellant asserts that the reporter's record was filed on March 9, 2016 and that his brief was due April 8, 2016. While appellant is correct about the date on which the reporter's record was filed, he is not correct as to the date by which his brief is due. After the reporter's record was filed, the clerk's record in this appeal was filed on April 5, 2016. Thus, appellant's brief is not due until May 5, 2016. *See* TEX. R. APP. P. 38.6(a). Additionally, in the body of the motion, appellant requests an extension of time

to file his brief until May 9, 2016; however, in the prayer of the motion, appellant requests an extension of time to file his brief until April 8, 2016.

Due to the confusion created by the errors in the dates stated in appellant's motion, the Court is entering a more specific order than simply granting the motion. A simple grant of the motion would require the brief to be due on April 8, 2016, a date that at the time of filing of the motion had already passed. Counsel should be more careful in proofing the contents of motions filed with the Court so that the Court has the assurance that the reasons given actually apply to the motion filed and are not simply a generic reference to work to be done, especially when asking for more time from the Court.

Accordingly, appellant's motion is granted in part to the extent that the time to file appellant's brief will be extended. The Court orders appellant's brief to be filed by May 16, 2016.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Order issued and filed May 5, 2016

